# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

TAI RANGE, ADC # 153726                                                                    PLAINTIFF

VS.                               4:16CV00126-BRW-JJV

DOC HOLLADAY, Sheriff,
Pulaski County Sheriff's Office; *et al.*                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

Accordingly, Plaintiff's Amended Complaint (Doc. No. 4) is DISMISSED without prejudice for failure to state a claim upon which relief may be granted. Dismissal of this action counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT SO ORDERED this 6th day of April, 2016.


                                  /s/ Billy Roy Wilson
                                  UNITED STATES DISTRICT JUDGE